# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNISE MONCRIEF,<br><br>Defendant. | Case No. 2:08-cr-0020-APG-RJJ<br><br>**ORDER EXTENDING SELF-SURRENDER DATE**<br><br>(ECF No. 59) |

The defendant's motion to extend his self-surrender date **(ECF No. 59) is GRANTED**. The defendant shall surrender at the facility designated by the Bureau of Prisons by 12:00 noon on February 9, 2018.

DATED this 7th day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE