UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-0020-APG-RJJ |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUIRING FURTHER BRIEFING ON MOTION TO EXTEND SELF-SURRENDER DATE** |
| DENNISE MONCRIEF, | |
| Defendant. | (ECF No. 62) |

The defendant has filed a second motion to extend his self-surrender date (ECF No. 62). The motion does not request a particular period of time for the extension. The supporting exhibit indicates Mr. Moncrief is to have a "follow up" appointment with his physician between February 7 and March 7, 2018. But it is unclear whether that appointment is to have the injection performed (after authorization is obtained) or whether the injection has already occurred and the follow up is to check the results of the procedure. ECF No. 63 at 4-5. Mr. Moncrief shall immediately supplement his motion with an explanation of the status of the procedure, how long he requests to extend the surrender date, and why that time period is appropriate given the procedure.

Although the caption says the motion is "unopposed," the motion makes no reference to the Government's position. Therefore, the Government shall file a response to the motion, if it has any, by 12:00 noon on February 1, 2018.

DATED this 31st day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE