# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-0020-APG-RJJ |
| Plaintiff, | |
| v. | **ORDER EXTENDING SELF-SURRENDER DATE** |
| DENNISE MONCRIEF, | (ECF No. 62) |
| Defendant. | |

The defendant's motion to extend his self-surrender date **(ECF No. 62) is GRANTED**. The defendant shall surrender at the facility designated by the Bureau of Prisons by 12:00 noon on April 13, 2018.

DATED this 31st day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE