# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MONCRIEF,<br><br>Defendant. | Case No. 2:08-cr-0020-APG-RJJ<br><br>**THIRD ORDER EXTENDING SELF-SURRENDER DATE**<br><br>(ECF No. 68) |

The defendant's unopposed third motion to extend his self-surrender date **(ECF No. 68) is GRANTED**. The defendant shall surrender at the facility designated by the Bureau of Prisons by 12:00 noon on May 4, 2018.

DATED this 5th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE