UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MONCRIEF,<br><br>Defendant. | Case No. 2:08-cr-0020-APG-RJJ<br><br>**FOURTH ORDER EXTENDING SELF-SURRENDER DATE**<br><br>(ECF No. 70) |

The defendant's unopposed fourth motion to extend his self-surrender date **(ECF No. 70)** **is GRANTED**. The defendant shall surrender at the facility designated by the Bureau of Prisons by 5:00 p.m. on May 16, 2018.

DATED this 23rd day of April, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE