**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MONCRIEF,<br><br>Defendant. | Case No. 2:08-cr-0020-APG-RJJ<br><br>**FIFTH ORDER EXTENDING SELF-SURRENDER DATE**<br><br>(ECF No. 72) |

The defendant's unopposed fifth motion to extend his self-surrender date **(ECF No. 72) is GRANTED.** The defendant shall surrender at the facility designated by the Bureau of Prisons by 5:00 p.m. on June 4, 2018.

DATED this 18th day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE