# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS MONCRIEF,

    Defendant.

Case No. 2:08-cr-00020-APG-RJJ

**ORDER**

Based on the Government's Motion for Issuance of an Arrest Warrant in the above-captioned matter and good cause appearing therefore,

IT IS SO ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the clerk is instructed to issue a warrant for the arrest of Dennis William Moncrief.

DATED this __8th__ day of June, 2018.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE