JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00020-APG-RJJ |
| Plaintiff, | **Stipulation to Continue Response and Reply Deadlines** |
| vs. | |
| DENNIS MONCRIEF, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Jacquelyn Witt, Assistant Federal Public Defender, counsel for Dennis Moncrief, that the Government's deadline to file a response to Defendant's Motion for Early Termination of Supervised Release, currently set for February 28, 2023, be continued to March 3, 2023.

IT IS FURTHER STIPULATED AND AGREED, that Defendant's deadline to file a reply to the Government's response is set for March 17, 2023.

///

///

1

This Stipulation is entered into for the following reasons:

1. Counsel for the government needs additional time to research the issues raised in Defendant's motion and respond thoroughly and effectively.

2. Defense counsel agrees with the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the response and reply deadlines.

DATED: February 24, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Allison Reese

ALLISON REESE
Assistant United States Attorney


/s/ Jacquelyn Witt

JACQUELYN WITT
Counsel for Defendant
Dennis Moncrief

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS MONCRIEF,<br><br>Defendant. | Case No.: 2:08-cr-00020-APG-RJJ<br><br>**ORDER** |

IT IS ORDERED that the Government's deadline to file any and all responsive pleadings to Defendant's Motion for Early Termination of Supervised Release, currently set for February 28, 2023, is reset to March 3, 2023.

IT IS FURTHER ORDED, that Defendant's deadline to file a reply to the Government's response is set for March 17, 2023.

DATED this 27th day of February, 2023.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3